Elizabeth Rosenfeld (CA Bar No. 106577)
Email:  rosenfeld@wkpyc.com
**WOHLNER KAPLON PHILLIPS YOUNG & CUTLER**
16501 Ventura Boulevard, Suite 304
Encino, CA  91436
Telephone:  (818) 501-8030 ext. 313
Facsimile:  (818) 501-5306

Attorneys for Defendant Southern California Floor Covering Pension Trust Fund

**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| MICHAEL ZANKOWSKI,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SOUTHERN CALIFORNIA FLOOR COVERING PENSION TRUST FUND; DOES 1 THROUGH 10, inclusive,<br><br>　　　　　　Defendants. | **CASE NO. 2:14-cv-3317 CAS (JCx)**<br><br>The Hon. Christine A. Snyder<br><br>[PROPOSED]<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**[Fed.R.Civ.P. 41(a)(1)(A)(ii)]** |

1  The parties having stipulated to dismiss this action with prejudice, and good
2  cause appearing therefor,
3  IT IS HEREBY ORDERED that this action is dismissed with prejudice,
4  each party to bear his/ its own costs and fees.

*Christina A. Snyder*

DATED:   June 30, 2014

CHRISTINA A. SNYDER
United States District Judge